FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 JAN 17 PM 12:41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-cr-00004 |
| Plaintiff, | JUDGE HOPKINS |
| v. | INFORMATION |
| MARLON J. LEWIS | 18 U. S. C. § 1709 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
(Theft of Mail Matter by Postal Service Officer or Employee)

Between, August 27, 2021 and August 30, 2021, in the Southern District of Ohio, the defendant, **MARLON J. LEWIS**, being an employee of the United States Postal Service, did willfully and intentionally open mail which came into his possession intended to be conveyed by mail for delivery and did steal and remove from such mail items contained therein to wit: U.S. currency and checks, in violation of Title 18 United States Code, Section 1709.

KENNETH L. PARKER
United States Attorney

TIMOTHY MANGAN
Digitally signed by TIMOTHY MANGAN
Date: 2023.01.05 15:30:12 -05'00'

Daniel E. Ellenbogen, Esq. (DC Bar 375499)
Special Assistant United States Attorney
Timothy S. Mangan, AUSA
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Phone No. (513) 684-3711
Fax No. (513) 684-0385
mailto:Daniel.Ellenbogen@usdoj.gov